UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------------- X

GARY BERNSTEIN,

                              Plaintiff,

           -v-

MEREDITH OPERATIONS CORPORATION f/k/a
MEREDITH CORPORATION et al.,

                        Defendants.

-------------------------------------------------------------------- X

                      25-CV-5851 (JMF)

                      ORDER

JESSE M. FURMAN, United States District Judge:

On January 6, 2026, Defendants filed a motion to dismiss the complaint under Rule 12(b) of the Federal Rules of Civil Procedure. Under Rule 15(a)(1)(B), a plaintiff has twenty-one (21) days after the service of a motion under Rule 12(b) to amend the complaint once as a matter of course.

Accordingly, and notwithstanding the briefing schedule adopted on November 24, 2025, ECF No. 29, Plaintiff shall file any amended complaint by **January 27, 2026**. Pursuant to Local Civil Rule 15.1, available at https://www.nysd.uscourts.gov/rules, any amended complaint should be filed with a redline showing all differences between the original and revised filings. Plaintiff will not be given any further opportunity to amend the complaint to address issues raised by the motion to dismiss.

If Plaintiff does amend, by three (3) weeks after the amended complaint is filed, Defendants shall: (1) file an answer; (2) file a new motion to dismiss; or (3) file a letter on ECF stating that they rely on the previously filed motion to dismiss. If Defendants file an answer or a new motion to dismiss, the Court will deny the previously filed motion to dismiss as moot. If Defendants file a new motion to dismiss or indicates that it relies on its previously filed motion to dismiss, any opposition shall be filed **within two weeks**, and any reply shall be filed **within one week** of any opposition.

If no amended complaint is filed, the existing briefing schedule, ECF No. 29, shall be modified, pursuant to which Plaintiff shall file any opposition to the motion to dismiss by **January 27, 2026**, and Defendant shall file any reply by **February 3, 2026**.

         SO ORDERED.

Dated: January 7, 2026
       New York, New York

                                        JESSE M. FURMAN
                                        United States District Judge