UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------------------------X
                                       :

GARY BERNSTEIN,                         :

                          :

                Plaintiff,          :

                          :          25-CV-5851 (JMF)

      -v-                         :

                          :                ORDER

MEREDITH OPERATIONS CORPORATION f/k/a   :
MEREDITH CORPORATION et al.,          :

                          :

             Defendants.      :

                          :
--------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

       Pursuant to the Court's January 7, 2026 Order, ECF No. 37, Plaintiff was required to file an opposition to Defendants' newly filed motion to dismiss, *see* ECF No. 43, no later than two weeks from the date of that motion.  To date, Plaintiff has not filed any opposition.  As a courtesy, that deadline is hereby EXTENDED, *nunc pro tunc*, to **March 9, 2026**.  Defendant's reply shall be filed **within one week of any opposition**.  Failure to file any opposition by that deadline may result in the motion to dismiss being granted as unopposed.

       SO ORDERED.

Dated: March 3, 2026
      New York, New York                              JESSE M. FURMAN
                                              United States District Judge