UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------------------X

GARY BERNSTEIN,

Plaintiff,

-v-

MEREDITH OPERATIONS CORPORATION f/k/a MEREDITH CORPORATION et al.,

Defendants.

---------------------------------------------------------------------X

25-CV-5851 (JMF)

ORDER

JESSE M. FURMAN, United States District Judge:

For reasons the Court will explain orally at the conference referenced below, Defendants' motion to dismiss or transfer, *see* ECF No. 43, is DENIED. Defendants shall answer the First Amended Complaint no later than **two weeks from the date of this Opinion and Order**, and the parties shall appear for a telephonic initial pretrial conference on **August 18, 2026,** at **2:30 p.m.** In accordance with the previously filed Notice of Initial Pretrial Conference, *see* ECF No. 10, the parties shall file a joint letter and proposed Case Management Plan by the **Thursday before the conference**.

The parties should join the conference by calling (855) 244-8681 and using access code 2303 019 3884, followed by the pound (#) key, then followed by the pound (#) key again when prompted for an attendee ID number. Members of the press and public may call the same number, but will not be permitted to speak during the conference. The parties are reminded to follow the procedures for teleconferences described in the Court's Individual Rules and Practices for Civil Cases, which are available at https://nysd.uscourts.gov/hon-jesse-m-furman. In accordance with those Rules, counsel shall, **at least twenty-four hours before the conference**, email to the Court the names, honorifics (e.g., Mr., Mrs., Ms., Dr., etc.), and telephone numbers of those who will have speaking roles at the conference.

The Clerk of Court is directed to terminate ECF No. 43.

SO ORDERED.

Dated: July 24, 2026
New York, New York

JESSE M. FURMAN
United States District Judge